IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| IN RE: | § | Case No. 16-41533 |
|---|---|---|
| | § | |
| CHRISTOPHER ANTHONY PAYNE and | § | |
| ALYCE RYGIEL PAYNE, and | § | Chapter 11 |
| THE LAW OFFICE OF CHRISTOPHER A. | § | (Jointly Administered) |
| PAYNE, PLLC, | § | |
| Debtors. | § | |

## BALLOT SUMMARY FOR PLAN CONFIRMATION

NOW COME the Debtors and file the Ballot Summary for Plan Confirmation and would respectfully show the Court as follows:

1. Six ballots were received from holders of claims in Class 7.

2. No ballots were sent to holders of claims in any other class.

3. All ballots received were in favor of confirmation and are attached hereto.

4. The ballots are summarized as follows:

| CASE CREDITOR | CLASS | NAME | AMOUNT | ACCEPTS | REJECTS |
|---|---|---|---|---|---|
| Indiv. case | 7 | Janelle Payne[1] | $3,000.00 | X | |
| Firm case | 7 | Trident Response Group, LLC[2] | $44,075.09 | X | |
| Indiv. case | 7 | Thomas W. Payne | $300,000.00 | X | |
| Indiv. case | 7 | Jan Clements | $35,000.00 | X | |
| Firm case | 7 | Aldous/Walker | $138,626.86 | X | |
| Both cases | 10 | Shackelford Bowen, McKinley & Norton, LLP[3] | $101,977.54 | X | |
| | Total | 4 ballots in Indiv. case<br>3 ballots in Firm case | $439,977.54<br>$284,679.49 | X | -0- |

---

[1] Dennis Olson filled in the amount from the Debtors' Schedules.
[2] This ballot was received this way, with two colors of ink.
[3] This ballot was counted in both cases.

**BALLOT SUMMARY FOR PLAN CONFIRMATION**                                     Page - 1

Respectfully submitted,

OLSON NICOUD & GUECK, L.L.P.
10440 N. Central Expwy., Suite 1100
Dallas, Texas 75231
(214) 979-7302 – Telephone (direct)
(214) 979-7301 – Facsimile
Email: denniso@dallas-law.com

By: /s/ Dennis Olson
     Dennis Olson

ATTORNEYS FOR THE
DEBTORS-IN-POSSESSION

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Ballot Summary for Plan Confirmation was served upon:

All parties who receive notice electronically, on the 7th day of August, 2017.

/s/ Dennis Olson
Dennis Olson

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHRISTOPHER ANTHONY PAYNE and | § | CASE NO. 16-41533 |
| ALYCE RYGIEL PAYNE, | § | CHAPTER 11 |
| Debtors. | § | (Jointly Administered) |

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Christopher Anthony Payne, Alyce Rygiel Payne and The Law Office of Christopher a. Payne, PLLC filed a joint plan of reorganization dated June 26, 2017 (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Dennis Olson, Olson Nicoud & Gueck, L.L.P., 10440 N Central Expwy., Suite 1100, Dallas, Texas 75231, and telephone no. 214- 979-7302. Court approval of the disclosure statement does not indicate approval of the Plan by Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

If your ballot is not received by Dennis Olson, at the address shown below on or before August 3, 2017 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 7 claim against the Debtor in the unpaid amount of Dollars ($ 5,000.00) — *presented by BOA*

[X] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

Dated: 7/6/17

Print or type name: J. PAYNE

Signature: _____

Title (if corporation or partnership): _____

Address: 868 Windridge Circle

San Marcos, CA 92078

RETURN THIS BALLOT TO:

Dennis Olson
Olson Nicoud & Gueck, L.L.P.
10440 N Central Expwy., Suite 1100
Dallas, Texas 75231
(214) 979-7302 – Telephone
(214) 979-7301 – Facsimile
Email: denniso@dallas-law.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHRISTOPHER ANTHONY PAYNE and | § | CASE NO. 16-41533 |
| ALYCE RYGIEL PAYNE, | § | CHAPTER 11 |
| Debtors. | § | (Jointly Administered) |

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Christopher Anthony Payne, Alyce Rygiel Payne and The Law Office of Christopher a. Payne, PLLC filed a joint plan of reorganization dated June 26, 2017 (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Dennis Olson, Olson Nicoud & Gueck, L.L.P., 10440 N Central Expwy., Suite 1100, Dallas, Texas 75231, and telephone no. 214- 979-7302. Court approval of the disclosure statement does not indicate approval of the Plan by Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Dennis Olson, at the address shown below on or before August 3, 2017 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 7 claim against the Debtor in the unpaid amount of Dollars ($ 44,075.09)

[X] ACCEPTS THE PLAN                    [ ] REJECTS THE PLAN

Dated: July 10, 2017

Print or type name: R Clint Bruce
Signature: _____
Title (if corporation or partnership: CEO
Address: 1519 Crampton St
         Dallas, TX 75207

RETURN THIS BALLOT TO:

Dennis Olson
Olson Nicoud & Gueck, L.L.P.
10440 N Central Expwy., Suite 1100
Dallas, Texas 75231
(214) 979-7302 – Telephone
(214) 979-7301 – Facsimile
Email: denniso@dallas-law.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHRISTOPHER ANTHONY PAYNE and | § | CASE NO. 16-41533 |
| ALYCE RYGIEL PAYNE, | § | CHAPTER 11 |
| Debtors. | § | (Jointly Administered) |

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Christopher Anthony Payne, Alyce Rygiel Payne and The Law Office of Christopher a. Payne, PLLC filed a joint plan of reorganization dated June 26, 2017 (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Dennis Olson, Olson Nicoud & Gueck, L.L.P., 10440 N Central Expwy., Suite 1100, Dallas, Texas 75231, and telephone no. 214- 979-7302. Court approval of the disclosure statement does not indicate approval of the Plan by Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Dennis Olson, at the address shown below on or before August 3, 2017 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 7 claim against the Debtor in the unpaid amount of Dollars ($ 300,000.00 )

[X] ACCEPTS THE PLAN            [ ] REJECTS THE PLAN

Dated: 7-23-17

Print or type name: THOMAS W. PAYNE
Signature: Thomas W. Payne
Title (if corporation or partnership): _____
Address: 32100 TELEGRAPH RD SUITE 200
BINGHAM FARMS MICH 48025

RETURN THIS BALLOT TO:

Dennis Olson
Olson Nicoud & Gueck, L.L.P.
10440 N Central Expwy., Suite 1100
Dallas, Texas 75231
(214) 979-7302 – Telephone
(214) 979-7301 – Facsimile
Email: denniso@dallas-law.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHRISTOPHER ANTHONY PAYNE and | § | CASE NO. 16-41533 |
| ALYCE RYGIEL PAYNE, | § | CHAPTER 11 |
| Debtors. | § | (Jointly Administered) |

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Christopher Anthony Payne, Alyce Rygiel Payne and The Law Office of Christopher a. Payne, PLLC filed a joint plan of reorganization dated June 26, 2017 (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Dennis Olson, Olson Nicoud & Gueck, L.L.P., 10440 N Central Expwy., Suite 1100, Dallas, Texas 75231, and telephone no. 214- 979-7302. Court approval of the disclosure statement does not indicate approval of the Plan by Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Dennis Olson, at the address shown below on or before August 3, 2017 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 7 claim against the Debtor in the unpaid amount of Dollars ($ 35,000 + interest)

[X] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

Dated: 8/2/17

Print or type name: JANET M. CLEMENTS
Signature: [signature]
Title (if corporation or partnership): _____
Address: 18455 NOEL ROAD STE 1800
         PLANO, TX 75240

RETURN THIS BALLOT TO:

Dennis Olson
Olson Nicoud & Gueck, L.L.P.
10440 N Central Expwy., Suite 1100
Dallas, Texas 75231
(214) 979-7302 – Telephone
(214) 979-7301 – Facsimile
Email: denniso@dallas-law.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHRISTOPHER ANTHONY PAYNE and | § | CASE NO. 16-41533 |
| ALYCE RYGIEL PAYNE, | § | CHAPTER 11 |
| Debtors. | § | (Jointly Administered) |

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Christopher Anthony Payne, Alyce Rygiel Payne and The Law Office of Christopher a. Payne, PLLC filed a joint plan of reorganization dated June 26, 2017 (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Dennis Olson, Olson Nicoud & Gueck, L.L.P., 10440 N Central Expwy., Suite 1100, Dallas, Texas 75231, and telephone no. 214- 979-7302. Court approval of the disclosure statement does not indicate approval of the Plan by Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Dennis Olson, at the address shown below on or before August 3, 2017 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 7 claim against the Debtor in the unpaid amount of Dollars ($ 138,626.86)

[X] ACCEPTS THE PLAN        [ ] REJECTS THE PLAN

Dated: 8/2/2017

Print or type name: Chauncey E. Aldous
Signature: _____
Title (if corporation or partnership: Partner
Address: 2311 Cedar Springs Rd. #200
Dallas TX 75201

RETURN THIS BALLOT TO:

Dennis Olson
Olson Nicoud & Gueck, L.L.P.
10440 N Central Expwy., Suite 1100
Dallas, Texas 75231
(214) 979-7302 – Telephone
(214) 979-7301 – Facsimile
Email: denniso@dallas-law.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHRISTOPHER ANTHONY PAYNE and | § | CASE NO. 16-41533 |
| ALYCE RYGIEL PAYNE, | § | CHAPTER 11 |
| Debtors. | § | (Jointly Administered) |

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Christopher Anthony Payne, Alyce Rygiel Payne and The Law Office of Christopher a. Payne, PLLC filed a joint plan of reorganization dated June 26, 2017 (the "Plan") in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Dennis Olson, Olson Nicoud & Gueck, L.L.P., 10440 N Central Expwy., Suite 1100, Dallas, Texas 75231, and telephone no. 214- 979-7302. Court approval of the disclosure statement does not indicate approval of the Plan by Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Dennis Olson, at the address shown below on or before August 3, 2017 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 7 claim against the Debtor in the unpaid amount of Dollars ($ 101,977.54)

[✓] ACCEPTS THE PLAN            [ ] REJECTS THE PLAN

Dated: August 3, 2017

Print or type name: Frances A. Smith
Signature: Frances A. Smith
Title (if corporation or partnership: Partner
Address: 9201 N. Central Expway, Fourth Floor
Dallas, TX 75231

RETURN THIS BALLOT TO:

Dennis Olson
Olson Nicoud & Gueck, L.L.P.
10440 N Central Expwy., Suite 1100
Dallas, Texas 75231
(214) 979-7302 – Telephone
(214) 979-7301 – Facsimile
Email: denniso@dallas-law.com