

EOD
08/08/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 16-41533 |
| | § | |
| CHRISTOPHER ANTHONY PAYNE and | § | |
| ALYCE RYGIEL PAYNE, and | § | Chapter 11 |
| THE LAW OFFICE OF CHRISTOPHER A. | § | (Jointly Administered) |
| PAYNE, PLLC, | § | |
| Debtors. | § | |

## ORDER EXTENDING CONFIRMATION DEADLINE AND RESETTING CONFIRMATION HEARING

On this date came on to be heard Debtors' Unopposed Motion to Extend the Confirmation Deadline and to Reset the Confirmation Hearing ("Motion"). Upon review of the Motion and upon hearing the comments of the attorney for the Debtors and the comments of Martin Lehman, the only other attorney who appeared, the Court finds that the Motion should be granted.

It is therefore ORDERED that the deadline for final approval of the Disclosure Statement and confirmation of the Debtors' Plan is extended to November 3, 2017, and that the Final Hearing on the Disclosure Statement and Plan Confirmation is reset to October 31, 2017, at 9:30 a.m.

Signed on 8/8/2017

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

PREPARED BY:
Dennis Olson
OLSON NICOUD & GUECK, L.L.P.
10440 N. Central Expwy., Suite 1100
Dallas, Texas 75231
(214) 979-7302 – Telephone (direct)
(214) 979-7301 – Facsimile
Email: denniso@dallas-law.com